IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

GRACIE AINSWORTH, INDIVIDUALLY                                                          PLAINTIFFS
and as SPECIAL ADMINISTRIX OF THE
ESTATE MACKENZIE AINSWORTH,
DECEASED

vs.                                    NO. 2:25-CV-00072-LPR

DEMO SALVAGE INC d/b/a TRANS                                                            DEFENDANTS
UTILITY SERVICES and ROBIN MCCUNE

### ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL ARKANSAS STATE CRIME LABORATORY TO RELEASE EVIDENCE FOR INDEPENDENT TESTING

Before the Court is the Plaintiff's Motion to Compel the Arkansas State Crime Laboratory to Release Evidence for Independent Testing. After reviewing the motion and the applicable law, and for good cause shown, the Court finds that the motion should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that:

1. The Arkansas State Crime Laboratory shall release the physical evidence and/or biological samples relevant to the subject matter of this litigation and in its possession to NMS Labs Attn: Forensic Specimen Processing 200 Welsh Road Horsham, PA 19044, for the purpose of independent testing.

2. The release and transfer of the evidence shall be conducted in a manner that preserves the integrity and chain of custody of the evidence, including but not limited to:

    o Direct transfer from the Arkansas State Crime Laboratory to the designated independent laboratory;

    o Documentation of handling, shipment, and receipt of all materials transferred;

    o Secure packaging and transportation in compliance with applicable forensic and

      legal standards;

- Prompt return of any remaining materials to the Arkansas State Crime Laboratory following completion of testing.

3. The parties shall be responsible for all costs associated with the shipment, testing, and preservation of the evidence.

4. The results of the independent testing shall be released to counsel for the parties to this litigation.

5. The independent testing shall be conducted solely for the purposes of discovery in this civil action.

6. Nothing in this Order shall be construed as limiting the rights of any party to challenge the admissibility of any testing results or expert opinions derived therefrom.

IT IS SO ORDERED this 10th day of October, 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

Prepared by:

Matthew E. Hartness
Bar Number 96005
*Counsel for the Plaintiff*
**The Brad Hendricks Law Firm**
500 C Pleasant Valley Drive
Little Rock, AR 72227
Phone: (501) 221-0444
mhartness@bradhendricks.com


Paul Byrd
Bar Number 85020
*Counsel for the Plaintiff*
**Paul Byrd Law Firm, PLLC**
415 N McKinley St,
Little Rock, AR 72205
(501) 420-3050
Paul@paulbyrdlawfirm.com

Debbie S. Denton
Bar Number 97095
*Counsel for the Defendants*
**Anderson, Murphy & Hopkins, L.L.P.**
101 River Bluff Drive, Suite A
Little Rock, AR  72202-2267
501-210-3615
denton@amhfirm.com